■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID VARGAS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Bourgeois, J.), rendered March 30, 1982, convicting him of murder in the second degree and attempted murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and conclude that the court properly admitted into evidence a knife which was found at the scene the day following the crime and which was identified by a witness as the knife with which he and the deceased had been stabbed by the defendant. These circumstances provided a sufficient connection between the knife and the defendant to render the knife admissible *(see, People v Mir-*

*enda,* 23 NY2d 439; *People v Cunningham,* 116 AD2d 585). Any question as to the accuracy of the complainant's identification of the knife went to its weight or probative force, and not to its admissibility *(see, People v McNair,* 32 AD2d 662).

The other contentions raised by the defendant have been examined and found to be meritless. Brown, J. P., Weinstein, Rubin and Kooper, JJ., concur.